

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00070-CV

IN RE ROBBIE LOFTIN                                              RELATOR

------------

### ORIGINAL PROCEEDING

------------

### MEMORANDUM OPINION[1]

------------

Relator's petition for a writ of mandamus concerned only his request for a judgment nunc pro tunc related to his felony driving while intoxicated conviction. *See* Tex. Penal Code Ann. § 49.04(a) (Vernon 2003), § 49.09(b)(2) (Vernon Supp. 2010). Specifically, relator requested that the trial court's judgment be corrected to show that he was convicted of a third-degree felony with punishment enhancements rather than a first-degree felony. After we requested a response to the petition, the trial court entered a judgment nunc pro tunc that classifies

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

appellant's conviction as a third-degree felony. Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL: LIVINGSTON, C.J.; MCCOY and GABRIEL, JJ.

DELIVERED: March 8, 2011

2